**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **FATHER CHRISTOPHER COLLINS** )<br>**AS NEXT FRIEND OF, A.D.C.Q.,** )<br>**A.S.C.R., A.W.C.C., R.J.L.B., D.L.M.G.,** )<br>**X.M.G., I.N.S.A., Z.A.G.S.H., N.J.V.E.** )<br>**and I.L.Z.R.,** )<br> )<br> **Plaintiffs,** )<br> )<br> **v.** )<br> )<br>**DOE RUN RESOURCES** )<br>**CORPORATION,** *et al.*, )<br> )<br> **Defendants.** ) | **Case No. 4:18-CV-00770-RWS** |

<u>**STIPULATION OF VOLUNTARY DISMISSAL**</u>

COME NOW Plaintiff Father Christopher Collins, as Next Friend of A.D.C.Q., A.S.C.R.,

A.W.C.C., R.J.L.B., D.L.M.G., X.M.G., I.N.S.A., Z.A.G.S.H., N.J.V.E., and I.L.Z.R., and Defendants

Renco Holdings, Inc., The Renco Group, Inc., Ira L. Rennert, D.R. Acquisition Corp., Doe Run

Resources Corporation, Marvin K. Kaiser, Albert Bruce Neil, Jeffrey L. Zelms, and Theodore P. Fox,

III, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in the above-captioned action without

prejudice, with each party to bear its own fees and costs.

1

Dated:  March 13, 2020

Respectfully submitted,

**GORI AND JULIAN, P.C.**

By:/s/ D. Todd Mathews
  D. Todd Mathews
  Todd@GoriJulianLaw.com
  156 N. Main ST.
  Edwardsville, IL 62025
  (618) 659-9833 (telephone)
  (618) 659-9834 (fax)

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter J. Shkolnik
  Hunter J. Shkolnik
  hunter@napolilaw.com
  360 Lexington Avenue
  11th Floor
  New York, NY  10017
  (212) 397-1000 (telephone)
  (646) 843-7603 (fax)

**RODRIGUEZ TRAMONT & NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
  Frank R. Rodriguez
  frr@rtgn-law.com
  255 Alhambra Circle
  Suite 1150
  Coral Gables, FL  33134
  (305) 350-2300 (telephone)
  (305) 350-2525 (fax)

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

By:  /s/ Geoffrey M. Drake (w/ permission)
  Tracie J. Renfroe, #16777000T
  trenfroe@kslaw.com
  Carol M. Wood, #2594581T
  cwood@kslaw.com
  1100 Louisiana Street
  Suite 4000
  Houston, Texas 77002
  Telephone: (713) 751-3200
  Facsimile: (713) 751-3290

  Andrew T. Bayman, #043342GA
  abayman@kslaw.com
  Geoffrey M. Drake, #229229GA
  gdrake@kslaw.com
  1180 Peachtree Street, N.E.
  Suite 1600
  Atlanta, Georgia  30309
  Telephone: (404) 572-4600
  Facsimile: (404) 572-5100

*Attorneys for Defendants The Renco Group, Inc., D.R. Acquisition Corp., Renco Holdings, Inc., Ira L. Rennert, The Doe Run Resources Corporation, Marvin K. Kaiser, Jeffrey L. Zelms, Theodore P. Fox, III and Albert Bruce Neil*

**LEWIS RICE LLC**

Andrew Rothschild, #23145MO
arothschild@lewisrice.com
Thomas P. Berra, Jr., #43399MO
tberra@lewisrice.com
Michael J. Hickey, #47136MO
mhickey@lewisrice.com

2

600 Washington Ave., Suite 2500
St. Louis, MO 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

*Attorneys for Defendants The Doe Run
Resources Corporation, Marvin K. Kaiser,
Jeffrey L. Zelms, Theodore P. Fox, III
and Albert Bruce Neil*

**DOWD BENNETT LLP**

Edward L. Dowd, Jr., #28785MO
edowd@dowdbennett.com
Jeffrey R. Hoops, #69813MO
jhoops@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

*Attorneys for Defendants The Renco Group,
Inc., D.R. Acquisition Corp., Renco Holdings,
Inc., and Ira L. Rennert*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of March 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court through the Court's CM/ECF system, which will effect service on all counsel of record by sending a Notice of Electronic Filing.

/s/ Patrick J. Lanciotti