# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **FATHER CHRISTOPHER COLLINS AS NEXT FRIEND OF, A.D.C.Q., A.S.C.R., A.W.C.C., R.J.L.B., D.L.M.G., X.M.G., I.N.S.A., Z.A.G.S.H., N.J.V.E. and I.L.Z.R.,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) Case No. 4:18-CV-00770-RWS |
| **DOE RUN RESOURCES CORPORATION,** *et al.*, | )<br>)<br>)<br>) |
| **Defendants.** | ) |

*So Ordered*
*[signature]*
*3/16/2020*

## STIPULATION OF VOLUNTARY DISMISSAL

COME NOW Plaintiff Father Christopher Collins, as Next Friend of A.D.C.Q., A.S.C.R., A.W.C.C., R.J.L.B., D.L.M.G., X.M.G., I.N.S.A., Z.A.G.S.H., N.J.V.E., and I.L.Z.R., and Defendants Renco Holdings, Inc., The Renco Group, Inc., Ira L. Rennert, D.R. Acquisition Corp., Doe Run Resources Corporation, Marvin K. Kaiser, Albert Bruce Neil, Jeffrey L. Zelms, and Theodore P. Fox, III, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in the above-captioned action without prejudice, with each party to bear its own fees and costs.

1